NICHOLAS P. YOUNG et al., Copartners under the Firm Name of YOUNG & METZNER, Respondents, *v.* ST. PAUL FIRE AND MARINE INSURANCE COMPANY et al., Appellants.

*Insurance — policy of marine insurance taken out by carrier — when shipper may recover on policy value of goods lost.*

*Young v. St. Paul F. & M. Ins. Co.,* 204 App. Div. 807, affirmed.

(Argued October 9, 1923; decided October 23, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 9, 1923, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The action was to determine the conflicting rights of the plaintiffs and the Inland Waterways Steamship Corporation to the proceeds of certain marine insurance and to fix the obligation of the insurers on their policy. The questions presented were whether the plaintiffs were entitled to maintain suit upon the carrier's policy of insurance set forth in the complaint and whether they were entitled to recover, under such policy, the full value of their goods, without deduction of premiums due and owing under the policy.

*Dix W. Noel* and *D. Roger Englar* for appellants.

*Charles A. Houston* and *Edwin M. Otterbourg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Not voting: ANDREWS, J.

---

JOHN F. CONNELLEY, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — railroads — action by passenger to recover for assault by Pullman porter.*

*Connelley v. N. Y. Central R. R. Co.,* 206 App. Div. 652, affirmed.

(Argued October 9, 1923; decided October 23, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial